IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA                                                         PLAINTIFF

      v.        Crim. No. 05-20067-003

JUAN M. PEDRAZA                                                                          DEFENDANT

**O R D E R**

      Comes on for consideration the defendant's motion for a bill of particulars filed November 14, 2005 (Doc. #115).  Plaintiff filed a response on November 15, 2005 (Doc. #116).  The purpose of a bill of particulars is to adequately inform the defendant of the nature of the charges to prevent or minimize surprise.  *United States v. Garrett*, 797 F.2d 656, 665 (8th Cir. 1986).  We find in this case that the indictment sufficiently apprises the defendant of the charges to enable him to prepare a defense.  The motion is denied.

      IT IS SO ORDERED this 17th day of November 2005.

/s/Beverly Stites Jones
HON. BEVERLY STITES JONES
UNITED STATES MAGISTRATE JUDGE